■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW COHEN, Appellant. — Judgment of the Supreme Court, Kings County (Kuffner, J.), rendered March 31, 1983, affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Bracken, Rubin and Eiber, JJ., concur.